Timothy W. Durkop 22985
Durkop Law Office
2906 N. Argonne Road
Spokane Valley, WA 99212-2235
(509) 928-3848  FAX 279-0879
tim@durkoplaw.net
Attorney for the Plaintiffs

HONORABLE SALVADOR MENDOZA JR.
Motion without Oral Argument
Hearing date: JUNE 22, 2020

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

**JACLYN MURPHY**

                    Plaintiff,

v.

**AUTOMATED ACCOUNTS, INC**

                    Defendant.

_____

CASE NO 2:20-cv-00030-SMJ

CORPORATE DISCLOSURE
STATEMENT

CERTIFICATE OF SERVICE

Defendant discloses that it has no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: April 23, 2020.

s/ Timothy W. Durkop
Timothy W. Durkop 22985
Attorney for the Defendant

CORPORATE DISCLOSURE STATEMENT - 1

DURKOP LAW OFFICE
2906  N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

CERTIFICATE OF SERVICE

I hereby certify that on the date set out below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joshua Randall Trigsted, Attorney for the Plaintiff:
    josh@tlgconsumerlaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants:

    None.

*April 23, 2020*
Dated:_____

*s/ Timothy W. Durkop*
_____
Timothy W. Durkop WSBA 22985
Attorney for the Plaintiff
Durkop Law Office
2906 N. Argonne Road
Spokane Valley, WA 99212
Telephone: (509) 928-3848
Fax: (509) 279-0879
Email: mail@durkoplaw.com

CORPORATE DISCLOSURE STATEMENT - 2

**DURKOP LAW OFFICE**
2906  N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848