Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126, ext. #1
866-927-5826 facsimile
josh@tlgconsumerlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JACLYN MURPHY,**<br><br>Plaintiff,<br><br>   vs.<br><br>**AUTOMATED ACCOUNTS, INC.,**<br><br>Defendant. | Case No.: 2:20-cv-00030-SMJ<br><br>**FIRST AMENDED COMPLAINT;**<br><br>FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692a, *et seq.*);<br><br>DEMAND FOR JURY TRIAL |

## I.  INTRODUCTION

1.    This is an action for damages brought by an individual consumer for Defendant's violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA").

## II.  JURISDICTION

2.    Plaintiff's claim for violations of the FDCPA arises under 15 U.S.C. §

AMENDED COMPLAINT
Case No. 2:20-cv-00030-SMJ

1692k(d), and therefore involves a "federal question" pursuant to 28 U.S.C. § 1331.

### III. PARTIES

3.      Plaintiff, Jaclyn Murphy ("Plaintiff"), is a natural person residing in Spokane County, Washington.

4.      Defendant, Automated Accounts, Inc. ("Defendant"), is a corporation engaged in the business of collecting debts by use of the mails and telephone.  Defendant regularly attempts to collect debts alleged due another.

### IV. FACTUAL ALLEGATIONS

5.      Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

6.      Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

7.      All activities of Defendant set out herein were undertaken in connection with the collection of a "debt," as defined by 15 U.S.C. § 1692a(5).

8.      Within the last year, Defendant took multiple actions in an attempt to collect a debt from Plaintiff. Defendant's conduct violated the FDCPA in multiple ways, including the following.

9.      Using false representations or deceptive practices in connection with collection of a debt, including falsely stating to plaintiff that Defendant had already reported the debt to her credit reports.  Plaintiff checked all 3 credit reports after this and the debt was not listed on any of them (§ 1692e(10)).

10.      As a result of the aforementioned violations, Plaintiff suffered and continues

AMENDED COMPLAINT  
Case No. 2:20-cv-00030-SMJ

Trigsted Law Group, P.C.  
5200 SW Meadows Rd, Ste 150  
Lake Oswego, OR 97035  
(888) 247-4126

to suffer injuries to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and severe emotional distress. Specifically, Plaintiff suffered emotional distress from fear of harm to her credit score, which would harm her ability to obtain new credit and keep existing credit. This emotional distress was a direct result of Defendant's misrepresentations about its alleged credit reporting.

11.    Defendant intended to cause, by means of the actions detailed above, injuries to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and severe emotional distress.

12.    Defendant's actions, detailed above, were undertaken with extraordinary disregard of, or indifference to, known or highly probable risks to purported debtors.

13.    To the extent Defendant's actions, detailed above, were carried out by an employee of Defendant, that employee was acting within the scope of his or her employment.

## COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

14.    Plaintiff reincorporates by reference all of the preceding paragraphs.

15.    The preceding paragraphs state a *prima facie* case for Plaintiff and against Defendant for violations of the FDCPA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

AMENDED COMPLAINT
Case No. 2:20-cv-00030-SMJ

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126

3

A.    Declaratory judgment that Defendant's conduct violated the FDCPA;

B.    Actual damages pursuant to 15 U.S.C. 1692k;

C.    Statutory damages pursuant to 15 U.S.C. § 1692k;

D.    Costs, disbursements and reasonable attorney's fees for all successful claims, and any unsuccessful claims arising out of the same transaction or occurrence as the successful claims, pursuant to 15 U.S.C. § 1692k; and,

E.    For such other and further relief as may be just and proper.

**<u>PLAINTIFFS HEREBY REQUEST A TRIAL BY JURY</u>**

Dated this 14th day of May, 2020

By:___s/Joshua Trigsted_____
Joshua Trigsted, WSBA#42917
Attorney for Plaintiff

AMENDED COMPLAINT
Case No. 2:20-cv-00030-SMJ

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126

4