Timothy W. Durkop 22985
Durkop Law Office
2906 N. Argonne Road
Spokane Valley, WA 99212-2235
(509) 928-3848  FAX 279-0879
tim@durkoplaw.net
Attorney for the Defendant

HONORABLE SALVADOR MENDOZA JR.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JACLYN MURPHY**<br><br>                                   Plaintiff,<br><br>v.<br><br>**AUTOMATED ACCOUNTS, INC**<br><br>                                   Defendant.<br>_____ | CASE NO 2:20-cv-00030-SMJ<br><br>ANSWER TO FIRST AMENDED COMPLAINT<br><br>CERTIFICATE OF SERVICE |

Defendant answers as follows:

1.     Defendant admits paragraph 1.

2.     Defendant admits paragraph 2.

3.     Defendant admits paragraph 3.

4.     Defendant admits paragraph 4.

5.     Defendant admits paragraph 5.

6.     Defendant admits paragraph 6.

7.     Defendant admits paragraph 7.

8.     Defendant denies paragraph 8.

ANSWER TO FIRST AMENDED
COMPLAINT - 1

**DURKOP LAW OFFICE**
2906  N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

9.    Defendant denies paragraph 9.

10.    Defendant denies paragraph 10.

11.    Defendant denies paragraph 11.

12.    Defendant denies paragraph 12.

13.    Defendant admits paragraph 13.

14.    Defendant admits and denies paragraph 14 consistent with the answers to paragraphs 1-13.

15.    Defendant denies paragraph 15.

Having fully answered the complaint, the Defendant makes the following:

## AFFIRMATIVE DEFENSES

1.    Plaintiff suffered no damage or injury and therefore the Court lacks subject matter jurisdiction.

2.    Plaintiff's damages were caused by her own negligence and she failed to mitigate any alleged damage.

3.    Defendant has policies and procedures to avoid any alleged negligent conduct, and if any occurred it was the result of a bona fide error.

4.    Plaintiff is pursuing this claim in bad faith entitling Defendant to recovery its attorney fees and court costs.

WHEREFORE Defendant prays for:

1.    Dismissal of the complaint with prejudice.

ANSWER TO FIRST AMENDED
COMPLAINT - 2



**DURKOP LAW OFFICE**
2906  N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

2.    A determination that the complaint was pursued in bad faith

3.    An award of attorney fees and court costs.

4.    Any other relief the Court deems just and equitable.

_Dated: September 21, 2020._                    _s/ Timothy W. Durkop_
                                                Timothy W. Durkop 22985
                                                Attorney for the Defendant

ANSWER TO FIRST AMENDED
COMPLAINT - 3

**DURKOP LAW OFFICE**
2906  N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

CERTIFICATE OF SERVICE

I hereby certify that on the date set out below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joshua Randall Trigsted, Attorney for the Plaintiff:
        josh@tlgconsumerlaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants:

        None.

Dated:_____    *September 21, 2020*        *s/ Timothy W. Durkop*

        _____
        Timothy W. Durkop WSBA 22985
        Attorney for the Plaintiff
        Durkop Law Office
        2906 N. Argonne Road
        Spokane Valley, WA 99212
        Telephone: (509) 928-3848
        Fax: (509) 279-0879
        Email: mail@durkoplaw.com

ANSWER TO FIRST AMENDED
COMPLAINT - 4



DURKOP LAW OFFICE
2906  N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848