Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126, ext. #1
866-927-5826 facsimile
josh@tlgconsumerlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| **JACLYN MURPHY,**<br><br>Plaintiff,<br><br>    vs.<br><br>**AUTOMATED ACCOUNTS, INC.,**<br><br>Defendant. | Case No.: 2:20-cv-00030-SMJ<br><br>**PLAINTIFF'S NOTICE OF COMPLIANCE WITH DISCLOSURE REQUIREMENT IN ORDER DATED OCTOBER 2, 2020** |

Plaintiff, by and through counsel, hereby files her notice of compliance regarding FRCP 26(a)(1) as directed in the Order entered by this Court dated October 2, 2020. As of the date of this filing, Plaintiff has provided Defendant with her initial disclosures.

Dated this 27th day of October, 2020

By:__s/Joshua Trigsted_____
Joshua Trigsted, WSBA#42917
Attorney for Plaintiff

NOTICE OF COMPLIANCE
Case No. 2:20-cv-00030-SMJ

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126

1