Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126, ext. #1
866-927-5826 facsimile
josh@tlgconsumerlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| **JACLYN MURPHY,**<br><br>Plaintiff,<br><br>vs.<br><br>**AUTOMATED ACCOUNTS, INC.,**<br><br>Defendant. | ) Case No.: 2:20-cv-00030-SMJ<br>)<br>) **JOINT STATUS REPORT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Court's Order dated July 7, 2020, the parties, through their respective counsel, submit the following Joint Status Report:

1.    CONSENT TO MAGISTRATE

Both parties intend to consent to jurisdiction.

2.    JURISDICTION

Parties agree jurisdiction and venue are appropriate.

3.    SERVICE

JOINT STATUS REPORT

Service is Complete.

4.    CLAIMS AND DEFENSES

Plaintiff's client's claim that Defendant violated the FDCPA by making materially false statements pertaining to the debt in telephone call.  Defendant denies this.

5.    PREFERRED TRIAL DATE

1 Day Trial, July 2021

6.    ANTICIPATED MOTIONS

Both parties anticipate filing cross-motions for summary judgment.

7.    RULE 26 DISCLOSURES

Plaintiff's are to be due 2 weeks after the initial scheduling conference; Defendant's to be due two weeks after that

8.    PROPOSED CASE SCHEDULE


SUGGESTED AMENDMENT DEADLINE

January 29, 2021

DEADLINE TO ADD PARTIES

January 29, 2021

DISCOVERY CUT-OFF

March 26, 2021

DISPOSITIVE MOTIONS

April 30, 2021

INITIAL DISCLOSURES

Plaintiff: November 12, 2020

Defendant: November 24, 2020

DISCOVERY TOPICS

JOINT STATUS REPORT

Whether Defendant made the statement alleged and whether it was false when made; Defendant's policies and procedures for avoiding violations of this type

EXPERT DISCOVERY CUT-OFF

Parties do not intend to hire experts

9.    CLASS CERTIFICATION

No

11.    SPECIAL PROCEDURES

None

12.    MODIFICATIONS

None

13.    BIFURCATION

Not needed

14.    SETTLEMENT

The parties agree that settlement discussions in the form of mediation or settlement conference would be appropriate after dispositive motions have been decided and before trial, if any.

15.    STATE SUPREME  COURT ISSUES

None

16.    OTHER MATTERS

None

JOINT STATUS REPORT

TRIGSTED LAW GROUP, P.C.                VALLEY EMPIRE COLLECTION


By: /Joshua Trigsted. _____        By: /s Tim Durkop _____
Joshua Trigsted, WSBA No. 42917         WSBA No.
Attorneys for Plaintiff                 Attorney for Defendant
DATED October 29, 2020                  DATED October 29, 2020
5200 SW Meadows Rd., Ste. 150           2906 N Argonne
Lake Oswego, OR  97035                  Spokane, WA 99212
(888) 247-4126 xt 1                     (509) 928-3848
josh@tlgconsumerlaw.com                 mail@durkoplaw.com

JOINT STATUS REPORT

Certificate of Service

I hereby certify that on <u>October 29, 2020</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>Tim Durkop,</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

By: /<u>Joshua Trigsted.</u>_____
Joshua Trigsted, WSBA No. 42917
Attorneys for Plaintiff
DATED October 29, 2020
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
(888) 247-4126 xt 1
josh@tlgconsumerlaw.com

CERTIFICATE OF SERVICE - 1