# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| JACLYN MURPHY,<br><br>Plaintiff.<br><br>-vs-<br><br>AUTOMATED ACCOUNTS INC.,<br><br>Defendant. | **Case No.    2:20-CV-00030-SMJ**<br>**CIVIL MINUTES**<br><br>**DATE:        DECEMBER 17, 2020**<br><br><br>**TELEPHONIC SCHEDULING CONFERENCE** |

| **Hon. Salvador Mendoza, Jr.** | | |
|---|---|---|
| Nicole Cruz | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Joshua Trigsted | Timothy Durkop | |
| **Plaintiff's Counsel** | **Defendant's Counsel** | |

**[  ] Open Court**          **[  ] Chambers**          **[X] Teleconference**

Court and Counsel set the following schedule:

| | |
|---|---|
| Initial Disclosures Deadline: | 12/23/2020 |
| Discovery Deadline: | 02/12/2021 |
| Dispositive Motion Deadline: | 04/13/2021 |

| | |
|---|---|
| **In-Person Pretrial Conference:** | **06/15/2021 at 10:00 a.m. in Spokane** |
| **Jury Trial:** | **07/19/2021 at  9:00 a.m. in Spokane** |

Other dates to be addressed in Scheduling Order

**[X]  ORDER FORTHCOMING**

| **CONVENED:  9:10 A.M.** | **ADJOURNED:  9:13 A.M.** | **TIME:    0:03 HR.** | **CALENDARED    [X]** |
|---|---|---|---|