Timothy W. Durkop 22985
Durkop Law Office
2906 N. Argonne Road
Spokane Valley, WA 99212-2235
(509) 928-3848  FAX 279-0879
tim@durkoplaw.net
Attorney for the Plaintiffs

HONORABLE SALVADOR MENDOZA JR.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

JACLYN MURPHY,

                Plaintiff,

v.

AUTOMATED ACCOUNTS, INC,

                Defendant.

CASE NO 2:20-cv-00030-SMJ

NOTICE OF COMPLIANCE

CERTIFICATE OF SERVICE

Defendant certifies that it has made its initial disclosures as required by the scheduling order.

    *Dated: December 23, 2020.*

                                    *s/ Timothy W. Durkop*
                                  Timothy W. Durkop 22985
                                  Attorney for the Defendant

NOTICE OF COMPLIANCE - 1

CERTIFICATE OF SERVICE

I hereby certify that on the date set out below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joshua Randall Trigsted, Attorney for the Plaintiff:
         josh@tlgconsumerlaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants:

         None.

*December 23, 2020*                                    *s/ Timothy W. Durkop*
Dated:_____                    _____
                                                               Timothy W. Durkop WSBA 22985
                                                               Attorney for the Plaintiff
                                                               Durkop Law Office
                                                               2906 N. Argonne Road
                                                               Spokane Valley, WA 99212
                                                               Telephone: (509) 928-3848
                                                               Fax: (509) 279-0879
                                                               Email: mail@durkoplaw.com

NOTICE OF COMPLIANCE - 2

**DURKOP LAW OFFICE**
2906  N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848