Timothy W. Durkop 22985
Durkop Law Office
2906 N. Argonne Road
Spokane Valley, WA 99212-2235
(509) 928-3848  FAX 279-0879
tim@durkoplaw.net
Attorney for the Defendant

HONORABLE SALVADOR MENDOZA JR.
Motion without Oral Argument
Hearing date: June 2, 2021

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACLYN MURPHY<br><br>                    Plaintiff,<br><br>v.<br><br>AUTOMATED ACCOUNTS, INC<br><br>                    Defendant. | CASE NO 2:20-cv-00030-SMJ<br><br>DECLARATION OF CHELSIE BLEEKER<br>IN SUPPORT OF MOTION FOR<br>SUMMARY JUDGMENT |

I, Chelsie Bleeker, state the following under penalty of perjury:

1.      I am a collector for Automated Accounts, Inc, the Defendant herein.  I make my statements from personal knowledge.

2.      I have reviewed Automated's records regarding the account of Jaclyn Murphy.  In reviewing the notes I see that I talked to Ms. Murphy twice.

4.      On February 12, 2019, I spoke with Ms. Murphy.  She stated that she disputed of the validity of the debt.  I explained the nature of the claim and told her to send a written dispute.  I don't have an independent recollection of the phone conversation.  I take thorough notes and on a more likely than not basis, I would have noted any dispute or inquiry as to credit reporting.

5.      On March 21, 2019, I again talked with Ms. Murphy.  My notes indicate that she was not

DECLARATION OF CHELSIE BLEEKER
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 1

DURKOP LAW OFFICE
2906 N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

5.      On March 21, 2019, I again talked with Ms. Murphy. My notes indicate that she was not satisfied with the evidence Automated had provided to her and she continued to dispute the debt. I discussed some of her options with regard to payment and other options Automated might use to collect the debt. I, again, don't have an independent recollection of the phone conversation, but my notes do not indicate that credit reporting was discussed. If the subject of credit reporting is discussed, I will make a note of it. The absence of such a notation leads me to the conclusion that we did not discuss credit reporting in either phone call.

     I certify under penalty of perjury that the foregoing is true and accurate. I signed this document in the city of Spokane Washington on April 7, 2021.

_____
CHELSIE BLEEKER

DECLARATION OF CHELSIE BLEEKER
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 2

DURKOP LAW OFFICE
2906 N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

## CERTIFICATE OF SERVICE

I hereby certify that on the date set out below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joshua Randall Trigsted, Attorney for the Plaintiff:
josh@tlgconsumerlaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants:

None.

Dated:    *April 13, 2021*

s/ *Timothy W. Durkop*
_____
Timothy W. Durkop WSBA 22985
Attorney for the Plaintiff
Durkop Law Office
2906 N. Argonne Road
Spokane Valley, WA 99212
Telephone: (509) 928-3848
Fax: (509) 279-0879
Email: mail@durkoplaw.com

DECLARATION OF CHELSIE BLEEKER
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 3



DURKOP LAW OFFICE
2906 N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848