Timothy W. Durkop 22985
Durkop Law Office
2906 N. Argonne Road
Spokane Valley, WA 99212-2235
(509) 928-3848  FAX 279-0879
tim@durkoplaw.net
Attorney for the Defendant

HONORABLE SALVADOR MENDOZA JR.
Motion without Oral Argument
Hearing date: June 2, 2021

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

**JACLYN MURPHY**

                    Plaintiff,

v.

**AUTOMATED ACCOUNTS, INC**

                    Defendant.

_____

CASE NO 2:20-cv-00030-SMJ

DECLARATION OF TIMOTHY W. DURKOP IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Timothy W. Durkop, state the following under penalty of perjury:

1.    I am the attorney for Automated Accounts, Inc, the Defendant herein.  I make my statements from personal knowledge.

2.    Attached hereto are all of the documents provided to the Defendant in Plaintiff's initial disclosures.  No other documents have been provided pursuant to Fed. R. Civ. Proc. 26(f).

    I certify under penalty of perjury that the foregoing declaration is true.  I signed this document in the City of Spokane Valley, Washington on April 13, 2021.

                    *s/ Timothy W. Durkop*

DECLARATION OF TIMOTHY W. DURKOP
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 1

DURKOP LAW OFFICE
2906  N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

CERTIFICATE OF SERVICE

I hereby certify that on the date set out below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joshua Randall Trigsted, Attorney for the Plaintiff:
    josh@tlgconsumerlaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants:

    None.

Dated:_____  *April 13, 2021*

                    *s/ Timothy W. Durkop*
                    _____
Timothy W. Durkop WSBA 22985
Attorney for the Plaintiff
Durkop Law Office
2906 N. Argonne Road
Spokane Valley, WA 99212
Telephone: (509) 928-3848
Fax: (509) 279-0879
Email: mail@durkoplaw.com

DECLARATION OF TIMOTHY W. DURKOP
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 2

**DURKOP LAW OFFICE**
2906 N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

# EQUIFAX

**CREDIT FILE : March 29, 2019**

**Confirmation #  9088072793**

| Personal Identification Information   *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)* |
| --- |

Please address all future correspondence to:

 www.investigate.equifax.com

Equifax Information Services LLC
P.O. Box 105314
Atlanta GA 30348



Name On File:           Jaclyn M Murphy
Social Security #       XXX-XX-4783     Date of Birth: July 24, 1980
Current Address:        39812 N Jackson Rd, Elk, WA  99009  (509) 292-8136  Reported: 03/2019
Previous Address(es):   39710 N Jackson Rd, Elk, WA  99009  (509) 292-8136  Reported: 03/2019
                        39610 N Jackson Rd, Elk, WA  99009  Reported: 03/2019
                        733 Superior St, Aurora, IL  60505  Reported: 01/2011
                        805 S University Rd, Spokane, WA  99206  (509) 928-0940  Reported: 01/2011

Formerly Known As:      Jaclyn  Hunt

 (866) 238-6559
M - F 9:00am to 5:00pm in your time zone.

| Credit Account Information |
| --- |
| *(For your security, the last 4 digits of account number(s) have been replaced by \*)  (This section includes open and closed accounts reported by credit grantors)* |

### Account Column Title Descriptions:

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Designator - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - Date of Last Reported Update
Balance Amount - The Total Amount Owed as of the Date Reported
Status - Condition of Account When Last Updated by Creditor or Otherwise

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Paymnt - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of 1st Delinquency - The Date of First Delinquency
Date of Last Actvty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
| --- | --- | --- | --- |

**Ed Financial/ESA**   *120 N Seven Oaks Dr Knoxville TN 37922-2359 : (855) 337-6884*

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 50000016843* | | 10/02/2018 | $2,848 | | | Deferred | | 4 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del, 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 02/28/2019 | $2,890 | $0 | | | | | 02/2019 | | | 11/2021 | | | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Student Loan - Payment Deferred;

tlg#001

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/19 | No Data Available | | | | | | | | |
| 01/19 | $2,879 | | | | $2,848 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | Balance | | | | High Credit | | Amount Past Due | Type of Loan | |
|---|---|---|---|---|---|---|---|---|---|
| 12/18 | $2,867 | | | | $2,848 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | Balance | | | | High Credit | | Amount Past Due | Type of Loan | |
|---|---|---|---|---|---|---|---|---|---|
| 11/18 | $1,435 | | | | $1,424 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | Balance | | | | High Credit | | Amount Past Due | Type of Loan | |
|---|---|---|---|---|---|---|---|---|---|
| 10/18 | $1,429 | | | | $1,424 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

**Ed Financial/ESA**     120 N Seven Oaks Dr Knoxville TN 37922-2359 : (855) 337-6884

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50000016310* | | 09/13/2018 | $2,334 | | | Deferred | | 5 | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2019 | $2,334 | $0 | | | | | 02/2019 | | | 11/2021 | | | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Student Loan - Payment Deferred;

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/19 | No Data Available | | | | | | | | |
| 01/19 | $2,334 | | | | $2,334 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | Balance | | | | High Credit | | Amount Past Due | Type of Loan | |
|---|---|---|---|---|---|---|---|---|---|
| 12/18 | $2,334 | | | | $2,334 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | Balance | | | | High Credit | | Amount Past Due | Type of Loan | |
|---|---|---|---|---|---|---|---|---|---|
| 11/18 | $1,167 | | | | $1,167 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

( Continued On Next Page )

90880727933PD-002722673- 625  - 630  - ASD

tlg#002

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/18 | $1,167 | | | | $1,167 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $1,167 | | | | $1,167 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

**Ed Financial/ESA**     120 N Seven Oaks Dr Knoxville TN 37922-2359 : (855) 337-6884

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 50000013970* | 03/27/2018 | $1,305 | | | Deferred | 11 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del, 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2019 | $1,355 | $0 | | | | | 02/2019 | | | 11/2021 | | | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Student Loan - Payment Deferred;

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/19 | No Data Available | | | | | | | | |

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/19 | $1,351 | | | | $1,305 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/18 | $1,346 | | | | $1,305 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/18 | $1,341 | | | | $1,305 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/18 | $1,336 | | | | $1,305 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $1,331 | | | | $1,305 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | $1,326 | | | | $1,305 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

tlg#003

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/18 | $1,321 | | | | $1,305 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/18 | $1,316 | | | | $1,305 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/18 | $1,312 | | | | $1,305 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/18 | $654 | | | | $652 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/18 | $652 | | | | $652 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

**Ed Financial/ESA**     120 N Seven Oaks Dr Knoxville TN 37922-2359 : (855) 337-6884

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 50000013667* | 01/02/2018 | $3,500 | | | Deferred | 13 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2019 | $3,500 | $0 | | | | | 02/2019 | | | 11/2021 | | | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Student Loan - Payment Deferred;

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/19 | No Data Available | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/19 | $3,500 | | | | $3,500 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/18 | $3,500 | | | | $3,500 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/18 | $3,500 | | | | $3,500 | | $0 | Education Loan | |

Additional Information: Student Loan - Payment Deferred

( Continued On Next Page )         90880727933PD-002722673- 625  - 630   - ASD

tlg#004

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/18 | $3,500 | | | | $3,500 | | $0 | Education Loan | |
| Additional Information: Student Loan - Payment Deferred | | | | | | | | | |
| 09/18 | $3,500 | | | | $3,500 | | $0 | Education Loan | |
| Additional Information: Student Loan - Payment Deferred | | | | | | | | | |
| 08/18 | $3,500 | | | | $3,500 | | $0 | Education Loan | |
| Additional Information: Student Loan - Payment Deferred | | | | | | | | | |
| 07/18 | $3,500 | | | | $3,500 | | $0 | Education Loan | |
| Additional Information: Student Loan - Payment Deferred | | | | | | | | | |
| 06/18 | $3,500 | | | | $3,500 | | $0 | Education Loan | |
| Additional Information: Student Loan - Payment Deferred | | | | | | | | | |
| 05/18 | $3,500 | | | | $3,500 | | $0 | Education Loan | |
| Additional Information: Student Loan - Payment Deferred | | | | | | | | | |
| 04/18 | $3,500 | | | | $3,500 | | $0 | Education Loan | |
| Additional Information: Student Loan - Payment Deferred | | | | | | | | | |
| 03/18 | $3,500 | | | | $3,500 | | $0 | Education Loan | |
| Additional Information: Student Loan - Payment Deferred | | | | | | | | | |
| 02/18 | $1,750 | | | | $1,750 | | $0 | Education Loan | |
| Additional Information: Student Loan - Payment Deferred | | | | | | | | | |
| 01/18 | $1,750 | | | | $1,750 | | $0 | Education Loan | |
| Additional Information: Student Loan - Payment Deferred | | | | | | | | | |

### Ed Financial/ESA      120 N Seven Oaks Dr Knoxville TN 37922-2359 : (855) 337-6884

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 50000006399* | 06/24/2003 | $754 | | 120 Months | Monthly | 12 | Transfer/Sold | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/2013 | $0 | | | | $11 | 10/2012 | | | | | | | 09/2013 |

Status - Over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Transferred or Sold; Student Loan;

| Account History with Status Codes | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 |
|---|---|---|---|---|---|---|---|---|---|
| | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 |

### Ed Financial/ESA      120 N Seven Oaks Dr Knoxville TN 37922-2359 : (855) 337-6884

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 50000006399* | 05/07/2003 | $2,625 | | 120 Months | Monthly | 12 | Transfer/Sold | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/2013 | $0 | | | | $38 | 10/2012 | | | | | | | 09/2013 |

Status - Over 120 Days Past Due; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Transferred or Sold; Student Loan;

| Account History with Status Codes | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 |
|---|---|---|---|---|---|---|---|---|---|
| | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 |

### Triad Financial      8585 N STEMMONS FWY STE 1100 N DALLAS TX 75247-3822

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 4000016637292* | 05/01/2005 | $15,289 | | 72M | | 51 | Transfer/Sold | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2009 | $0 | | 09/2009 | | $344 | | 09/2009 | | | | | | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Account Transferred or Sold;

### U S Department of Edu Afsa      PO BOX 7202 UTICA NY 13504-7202

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 70000201285* | 06/24/2003 | $754 | | 120 Months | Monthly | 12 | Transfer/Sold | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/2012 | $0 | | | | $11 | | 09/2012 | | | | | | 10/2012 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Transferred or Sold; Student Loan;

### U S Department of Edu Afsa      PO BOX 7202 UTICA NY 13504-7202

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 70000201285* | 05/07/2003 | $2,625 | | 120 Months | Monthly | 12 | Transfer/Sold | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/2012 | $0 | | | | $38 | | 09/2012 | | | | | | 10/2012 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Transferred or Sold; Student Loan;

tlg#006

**US Department of Education**    PO Box 5609 Greenville TX 75403-5609 : (800) 621-3115

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 1762* | 05/07/2003 | $2,625 | | 36M | Single Pay Loan | 62 | | Educational |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del, 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/03/2019 | $46 | $46 | 02/2015 | | | 12/2012 | | 01/2014 | | | | | |

Status - Collection Account; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Student Loan Assigned to Government; Collection Account;

| Account History with Status Codes | 02/2019 | 01/2019 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G |

| | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 03/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/19 | $46 | | | 2/1/2015 | $2,625 | | $46 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/19 | $46 | | | 2/1/2015 | $2,625 | | $46 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/18 | No Data Available | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/18 | $45 | | | 2/1/2015 | $2,625 | | $45 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/18 | $45 | | | 2/1/2015 | $2,625 | | $45 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $45 | | | 2/1/2015 | $2,625 | | $45 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | $45 | | | 2/1/2015 | $2,625 | | $45 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/18 | $45 | | | 2/1/2015 | $2,625 | | $45 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/18 | $44 | | | 2/1/2015 | $2,625 | | $44 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

( Continued On Next Page )

90880727933PD-002722673- 625  - 630  - ASD

tlg#007

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/18 | $44 | | | 2/1/2015 | $2,625 | | $44 | Education Loan | | |
| Additional Information: Student Loan Assigned to Government; Collection Account | | | | | | | | | | |
| 04/18 | $44 | | | 2/1/2015 | $2,625 | | $44 | Education Loan | | |
| Additional Information: Student Loan Assigned to Government; Collection Account | | | | | | | | | | |
| 03/18 | $44 | | | 2/1/2015 | $2,625 | | $44 | Education Loan | | |
| Additional Information: Student Loan Assigned to Government; Collection Account | | | | | | | | | | |
| 02/18 | $44 | | | 2/1/2015 | $2,625 | | $44 | Education Loan | | |
| Additional Information: Student Loan Assigned to Government; Collection Account | | | | | | | | | | |
| 01/18 | $44 | | | 2/1/2015 | $2,625 | | $44 | Education Loan | | |
| Additional Information: Student Loan Assigned to Government; Collection Account | | | | | | | | | | |
| 12/17 | No Data Available | | | | | | | | | |
| 11/17 | $44 | | | 2/1/2015 | $2,625 | | $44 | Education Loan | | |
| Additional Information: Student Loan Assigned to Government; Collection Account | | | | | | | | | | |
| 10/17 | $44 | | | 2/1/2015 | $2,625 | | $44 | Education Loan | | |
| Additional Information: Student Loan Assigned to Government; Collection Account | | | | | | | | | | |
| 09/17 | $43 | | | 2/1/2015 | $2,625 | | $43 | Education Loan | | |
| Additional Information: Student Loan Assigned to Government; Collection Account | | | | | | | | | | |
| 08/17 | $43 | | | 2/1/2015 | $2,625 | | $43 | Education Loan | | |
| Additional Information: Student Loan Assigned to Government; Collection Account | | | | | | | | | | |
| 07/17 | No Data Available | | | | | | | | | |
| 06/17 | $43 | | | 2/1/2015 | $2,625 | | $43 | Education Loan | | |
| Additional Information: Student Loan Assigned to Government; Collection Account | | | | | | | | | | |
| 05/17 | $43 | | | 2/1/2015 | $2,625 | | $43 | Education Loan | | |
| Additional Information: Student Loan Assigned to Government; Collection Account | | | | | | | | | | |

( Continued On Next Page )

90880727933PD-002722673- 625 - 630 - ASD

tlg#008



### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/17 | $43 | | | 2/1/2015 | $2,625 | | $43 | Education Loan | | |

Additional Information: Student Loan Assigned to Government; Collection Account

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/17 | $43 | | | 2/1/2015 | $2,625 | | $43 | Education Loan | | |

Additional Information: Student Loan Assigned to Government; Collection Account

**US Department of Education**   PO Box 5609 Greenville TX 75403-5609 : (800) 621-3115

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 1762* | 06/24/2003 | $2,625 | | 36M | Single Pay Loan | 62 | | Educational |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/03/2019 | $13 | $13 | 02/2015 | | | 12/2012 | | 01/2014 | | | | | |

Status - Collection Account; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Student Loan Assigned to Government; Collection Account;

| Account History with Status Codes | 02/2019 | 01/2019 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G |

| | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 03/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G | G |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/19 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | | |

Additional Information: Student Loan Assigned to Government; Collection Account

| 01/19 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | | |

Additional Information: Student Loan Assigned to Government; Collection Account

| 12/18 | No Data Available | | | | | | | | | |

| 11/18 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | | |

Additional Information: Student Loan Assigned to Government; Collection Account

| 10/18 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | | |

Additional Information: Student Loan Assigned to Government; Collection Account

| 09/18 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | | |

Additional Information: Student Loan Assigned to Government; Collection Account

( Continued On Next Page )

90880727933PD-002722673- 625  - 630   - ASD

tlg#009

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

| | Balance | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/18 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

| 06/18 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |
|---|---|---|---|---|---|---|---|---|---|

Additional Information: Student Loan Assigned to Government; Collection Account

| 05/18 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |
|---|---|---|---|---|---|---|---|---|---|

Additional Information: Student Loan Assigned to Government; Collection Account

| 04/18 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |
|---|---|---|---|---|---|---|---|---|---|

Additional Information: Student Loan Assigned to Government; Collection Account

| 03/18 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |
|---|---|---|---|---|---|---|---|---|---|

Additional Information: Student Loan Assigned to Government; Collection Account

| 02/18 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |
|---|---|---|---|---|---|---|---|---|---|

Additional Information: Student Loan Assigned to Government; Collection Account

| 01/18 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |
|---|---|---|---|---|---|---|---|---|---|

Additional Information: Student Loan Assigned to Government; Collection Account

| 12/17 | No Data Available | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| 11/17 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |
|---|---|---|---|---|---|---|---|---|---|

Additional Information: Student Loan Assigned to Government; Collection Account

| 10/17 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |
|---|---|---|---|---|---|---|---|---|---|

Additional Information: Student Loan Assigned to Government; Collection Account

| 09/17 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |
|---|---|---|---|---|---|---|---|---|---|

Additional Information: Student Loan Assigned to Government; Collection Account

| 08/17 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |
|---|---|---|---|---|---|---|---|---|---|

Additional Information: Student Loan Assigned to Government; Collection Account

( Continued On Next Page )

90880727933PD-002722673- 625  - 630  - ASD

tlg#010

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/17 | No Data Available | | | | | | | | |
| 06/17 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/17 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/17 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/17 | $13 | | | 2/1/2015 | $2,625 | | $13 | Education Loan | |

Additional Information: Student Loan Assigned to Government; Collection Account

**Verizon Wireless/Southeast     PO BOX 650051 DALLAS TX 75265-0051 : (800) 852-1922**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 9719710420* | 11/14/2010 | $984 | | | | 1 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2019 | $984 | $984 | | | | 02/2018 | | 06/2018 | | | | | |

Status - Collection Account; Type of Account - Open; Type of Loan - Telecommunication/Cellular; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Collection Account; ;

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/19 | No Data Available | | | | | | | | |
| 01/19 | No Data Available | | | | | | | | |
| 12/18 | | | | | $984 | | | Telecommunication/Cellular | |
| 11/18 | No Data Available | | | | | | | | |
| 10/18 | | | | | $984 | | | Telecommunication/Cellular | |

tlg#011

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $984 | | | | $984 | | $984 | Telecommunication/Cellular | |

Additional Information: Collection Account

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | No Data Available | | | | | | | | |
| 07/18 | | | | | $984 | | | Telecommunication/Cellular | |
| 06/18 | $984 | | | | $984 | | $984 | Telecommunication/Cellular | |

Additional Information: Collection Account

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

**Inquiries that may impact your credit rating/score.**

These are inquiries made by companies to whom you have applied for a loan or credit. They may remain on your file up to 2 years.

| Company Information | Inquiry Date(s) |
|---|---|
| At&T Services, Inc. | 01/06/2018 |
| 12911 183rd St Consumer Dept Cerritos, CA 90703-8535  Phone: (877) 844-5584 | |

( Continued On Next Page )

90880727933PD-002722673- 625  - 630  - ASD

tlg#012

**Inquiries that do not impact your credit rating/score.**
These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

**Company Information - Prefix Descriptions:**

AM OR AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.

CAR RENT - Inquiries with this prefix are from rental car companies regarding debit card payment acceptance.

COLLECT - Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt.

CONS RPT - Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product.

DDA - Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account.

EMPL OR ND EMPL - Inquiries with this prefix indicate an employment inquiry.

EQUIFAX OR EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request.

FIN PLAN - Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning.

INS - Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes.

MEDICAL - Inquiries with this prefix are from medical service providers.

ND - Inquiries with this prefix are general inquiries that do not display to creditor grantors.

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.

NON APPL - Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant.

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.

PREQAUTO - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.

PREQCARD - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.

PREQCOMM - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.

PREQHE - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.

PREQIL - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.

PREQINS - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.

PREQMTG - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.

PREQOD - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.

PREQ - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.

PRM - Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance.

REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.

UTILSERV - Inquiries with this prefix are used when requesting utility services.

| Company Information | Inquiry Date(s) |
|---|---|
| Equifax<br>PO Box 740250  Atlanta, GA 30374-0250  Phone: (800) 685-1111 | 03/29/2019 |
| PRM-Dish Network<br>9601 S Meridian Blvd  Englewood, CO 80112-5905 | 01/22/2019   11/13/2018   10/16/2018 |
| PRM-Capital One Bank USA Na<br>PO Box 85015  Richmond, VA 23285-5015  Phone: (800) 955-7070 | 09/25/2018   08/28/2018   07/31/2018   05/29/2018   05/01/2018 |
| AR-Verizon<br>401 S High St 2nd Floor West Chester, PA 19383-0001 | 08/07/2018 |

( Continued On Next Page )

90880727933PD-002722673- 625  - 630  - ASD

tlg#013

| Company Information | Inquiry Date(s) |
|---|---|
| CONS RPT-Credit Karma, Inc<br>760 Market St Fl 10 San Francisco, CA 94102-2300 | 08/07/2018   07/13/2018 |
| COLLECT-Associated Credit Service Inc<br>12815 E Sprague Ave STE 200 Spokane Valley, WA 99216-0742  Phone: (509)<br>252-4600 | 06/28/2018 |

**** End of Credit File ****

90880727933PD-002722673- 625  - 630  - ASD

tlg#014



| | | | |
|---|---|---|---|
| Home | Recommendations | Cards | Loans |

We found **1 change** to your Transunion credit report.

**Accounts In Collection Removed**

| AUTOMATED ACCTS | Collections Account Removed | - |
|---|---|---|

This is great news! Collections accounts can do a lot of damage to your credit score, so getting one removed is often great for your credit health. Collections accounts are typically removed after seven years, or could be removed due to a dispute or settlement.

Between November 9, 2019 and November 11, 2019, your AUTOMTD ACCT **collections account** was **removed** from your credit report.

**Expecting a change that you don't see?** Transunion may not have updated your report yet.

tlg#015