Timothy W. Durkop 22985
Durkop Law Office
2906 N. Argonne Road
Spokane Valley, WA 99212-2235
(509) 928-3848  FAX 279-0879
tim@durkoplaw.net
Attorney for the Defendant

HONORABLE SALVADOR MENDOZA JR.
Motion without Oral Argument
Hearing date: June 2, 2021

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

JACLYN MURPHY

               Plaintiff,

v.

AUTOMATED ACCOUNTS, INC

               Defendant.

CASE NO 2:20-cv-00030-SMJ

DECLARATION OF KAYLEE
WOOLARD IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT

I, Kaylee Woolard, state the following under penalty of perjury:

1.     I am the general manager of Automated Accounts, Inc, the Defendant herein. I make my statements from personal knowledge.

2.     Automated Accounts, Inc. (Automated) is a Washington corporation licensed as an in-state collection agency. It has a principal place of business in Spokane County.

3.     I have reviewed Automated's records regarding the account of Jaclyn Murphy. The master record maintained by Automated is comprised of various notes and computer generated events that are recorded by employees at or near the time of each event recorded thereon. I am a custodian of these records. The notes for the collection efforts of Jaclin Murphy have not been

DECLARATION OF KAYLEE WOOLARD
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 1

DURKOP LAW OFFICE
2906 N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

edited and I reviewed them in their true form.

4.      Automated was attempting to collect a debt from Ms. Murphy which she originally owed to Kelly Malone, Attorney at Law.  The debt was for legal services provided to Ms. Murphy as a result of a domestic case.  The balance owed on the account was $6,300.00 when it was assigned.

5.      The account was assigned to Automated on February 5, 2019.  That same day, Automated sent a validation letter.

6.      On February 12, 2019, Ms. Murphy called Automated to discuss the account.  She spoke Chelsea Bleeker, a collector employed by Automated.  The conversation consisted of a verbal dispute of the validity of the debt.  Ms. Bleeker noted the dispute in the computer system.

7.      As a result of the dispute, Automated staff obtain verification of the debt and sent the verification to Ms. Murphy on March 13, 2019.  No collection activity occurred between the time of the dispute and the verification.

8.      On March 21, 2019, Ms. Murphy called Automated and again spoke with Ms. Bleeker. The notes indicate that she was not satisfied with the evidence provided to her and she continued to dispute the debt.

9.      The notes indicate that Ms. Murphy did not inquire as to credit reporting on either phone call.

10.     At the time in question Automated credit reported to the three national credit reporting agencies.  When an account came in, Automated would report after the expiration of 30 days from the date of placement.  In this matter the account was placed on February 5, 2019. Reporting would start on about March 5, 2019.  This information is only uploaded once a month, so the active reporting time would have begun on April 1, 2019.  Attached to this declaration is

DECLARATION OF KAYLEE WOOLARD
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 2



DURKOP LAW OFFICE
2906 N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

the print out which shows the active reporting time for Ms. Murphy's account. This printout consists of two pages. The first shows the data base inquiry window, the second shows the results of the inquiry, The data indicates that the account was actively reported as a disputed account from April 1, 2019, until it was deleted on March 31, 2020.

I certify under penalty of perjury that the foregoing is true and accurate. I signed this document in the city of Spokane Washington on April 7, 2021.

_____
KAYLEE WOOLARD

DECLARATION OF KAYLEE WOOLARD
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 3

DURKOP LAW OFFICE
2906 N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

## CERTIFICATE OF SERVICE

I hereby certify that on the date set out below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joshua Randall Trigsted, Attorney for the Plaintiff:
      josh@tlgconsumerlaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants:

    None.

Dated: _April 13, 2021_____

s/ *Timothy W. Durkop*
_____
Timothy W. Durkop WSBA 22985
Attorney for the Plaintiff
Durkop Law Office
2906 N. Argonne Road
Spokane Valley, WA 99212
Telephone: (509) 928-3848
Fax: (509) 279-0879
Email: mail@durkoplaw.com

DECLARATION OF KAYLEE WOOLARD
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT - 4



**DURKOP LAW OFFICE**
2906 N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848



```
CREDIT TRACKING REPORT FOR ACCOUNT # 1248292
03/22/2021 10:23:41

FIELD    DATE/TIME      EMP#    OLD VALUE                CHANGED TO
----   --------------  ----    ----------------------   --------------------------
09     03/31/20 13:37  040                              03/31/20
02     03/31/20 13:37  040     93                       DA
RP1    04/01/19 14:26  RPT                              04/01/19
RP2    04/01/19 14:26  RPT                              04/01/19
08     04/01/19 14:26  RPT                              03/27/18
06     04/01/19 14:26  RPT     1
```