Timothy W. Durkop 22985
Durkop Law Office
2906 N. Argonne Road
Spokane Valley, WA 99212-2235
(509) 928-3848  FAX 279-0879
tim@durkoplaw.net
Attorney for the Defendant

HONORABLE SALVADOR MENDOZA JR.
Motion without Oral Argument
Hearing date: JUNE 2, 2021

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

**JACLYN MURPHY**

                         Plaintiff,

v.

**AUTOMATED ACCOUNTS, INC**

                         Defendant.

_____

CASE NO 2:20-cv-00030-SMJ

DEFENDANT'S STATEMENT OF
FACTS NOT IN DISPUTE

Defendant represents that the following facts are not in dispute:

1.      Plaintiff, Jaclyn Murphy ("Plaintiff"), is a natural person residing in Spokane County, Washington and is a consumer.  ECF No. 7 at 2, ECF No. 10 at 1.

2.      Defendant, Automated Accounts, Inc. is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).  ECF No. 7 at 2, ECF No. 10 at 1.

3.      This matter involves the collection of a consumer debt.  ECF No. 7 at 2, ECF No. 10 at 1.

4.      Plaintiff alleges that Defendant made misrepresentations with respect to the collection of the consumer debt with respect to credit reporting.  ECF No. 7 at 3.

DEFENDANT'S STATEMENT OF
FACTS NOT IN DISPUTE - 1

**DURKOP LAW OFFICE**
2906  N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

5.    The alleged violation of the FDCPA consisted of the Defendant stating that the debt had been reported to her credit reports when it did not appear on her credit reports. ECF 7 at 2.

6.    Defendant was attempting to collect a debt for legal services provided to the Plaintiff.  ECF 22 at 2.

7.    The debt was assigned to the Defendant on February 5, 2019.  ECF 22 at 2.

8.    The Defendant sent a validation letter to the Plaintiff on February 5, 2019.  ECF 22 at 2.

9.    The Plaintiff called the Defendant to discuss the debt on February 12, 2019.  ECF 22 at 2, ECF 20 at 1.

10.   The Plaintiff verbally disputed the debt and the Defendant noted the dispute and obtained verification of the debt.  ECF 20 at 1.

11.   Defendant sent verification to the Plaintiff on March 13, 2019.  ECF 22 at 2.

12.   Plaintiff called the Defendant on March 21, 2019 to discuss the debt and told Defendant that she continued to dispute it.  ECF 22 at 2, ECF 20 at 1-2.

13.   On March 29, 2019, Plaintiff acquired a credit report which did not contain any reference to an account owed to the Defendant.  ECF 21 at exhibit 1-14.

14.   During 2019, Defendant was reporting debt to the three major consumer reporting agencies.  ECF 22 at 2.

15.   Defendant did not report the Plaintiff's debt within the first 30 days of receiving the account.  ECF 22 at 2.

DEFENDANT'S STATEMENT OF
FACTS NOT IN DISPUTE - 2



DURKOP LAW OFFICE
2906  N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

16. The Defendant first reported this account to consumer reporting agencies on March 5, 2019. ECF 22 at 2.

17. Pursuant to the system that the Defendant used, the March 5, 2019 reporting would not have been active on Plaintiff's consumer reports until April 1, 2019 because the data is uploaded at the end of each month. ECF 22 at 2.

18. Plaintiff was in formed by a monitoring service that Automated Accounts stopped reporting on her Transunion credit report between November 9, 2019 and November 11, 2019. ECF 21 at exhibit 15.

19. Defendant's collector did not make any notation in her contemporaneous notes that credit reporting had been discussed with the Plaintiff. ECF 20 at 2.

*Dated: April 13, 2021.*                         *s/ Timothy W. Durkop*
                                            Timothy W. Durkop 22985
                                            Attorney for the Defendant

DEFENDANT'S STATEMENT OF
FACTS NOT IN DISPUTE - 3

DURKOP LAW OFFICE
2906 N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

CERTIFICATE OF SERVICE

I hereby certify that on the date set out below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joshua Randall Trigsted, Attorney for the Plaintiff:
        josh@tlgconsumerlaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants:

        None.

Dated:_____  *April 13, 2021*

*s/ Timothy W. Durkop*
_____
Timothy W. Durkop WSBA 22985
Attorney for the Plaintiff
Durkop Law Office
2906 N. Argonne Road
Spokane Valley, WA 99212
Telephone: (509) 928-3848
Fax: (509) 279-0879
Email: mail@durkoplaw.com

DEFENDANT'S STATEMENT OF
FACTS NOT IN DISPUTE - 4

DURKOP LAW OFFICE
2906  N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848