**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

|  |  |
|---|---|
| **JACLYN MURPHY,**<br><br>Plaintiff,<br><br>vs.<br><br>**AUTOMATED ACCOUNTS, INC.,**<br><br>Defendant. | ) Case No.: 2:20-cv-00030-SMJ<br>)<br>) **DECLARATION OF JACLYN MURPHY**<br>) **IN SUPPORT OF PLAINTIFF'S**<br>) **RESPONSE TO DEFENDANT'S MOTION**<br>) **FOR SUMMARY JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Jaclyn Murphy, state the following under penalty of perjury:

1.      I am the Plaintiff in this matter.

2.      During the phone call that Defendant acknowledges occurred on March 21, 2019, Defendant's representative informed me that the debt it was collecting had already been reported to my credit reports.

3.      Within the next week thereafter, I successfully requested and was sent reports from Equifax, Transunion, and Experian, and when I received them, I found that debt was not listed on any of those reports.

4.      I am extremely sensitive about damage to my credit reports and suffered severe emotional distress due solely to Defendant's false statement that it had already placed a negative

collection report on my credit as of March 21, 2021, as opposed to the bare knowledge that the debt existed, which did not cause me emotional distress.

5.     Defendant's false statement caused me to behave differently towards the debt in the sense that I would not have checked my credit reports shortly after the conversation happened on March 21 if the false representation had not been made, I would not have felt such an urgency to act on the debt if the false statement had not been made, and due to the false statement I was less inclined to believe future statements by Defendant or that Defendant would behave honorably generally in their role as debt collector going forward.


I certify under penalty of perjury that the foregoing is true and accurate.  I approved and signed this document on May 4, 2021.


_____/s/Jaclyn Murphy_____
Jaclyn Murphy