Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126, ext. #1
866-927-5826 facsimile
josh@tlgconsumerlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| **JACLYN MURPHY,** | ) Case No.: 2:20-cv-00030-SMJ |
|  | ) |
|  | ) **STATEMENT OF DISPUTED** |
| Plaintiff, | ) **MATERIAL FACTS** |
|  | ) |
| vs. | ) |
|  | ) |
| **AUTOMATED ACCOUNTS, INC.,** | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) |

Plaintiff represents that the following facts are in dispute:

1.    During the phone call that Defendant acknowledges occurred on March 21, 2019, Defendant's representative informed Plaintiff that the debt it was collecting had already been reported to Plaintiff's credit reports.  Declaration of Jaclyn Murphy, § 2, filed concurrently.

STATEMENT OF DISPUTED MATERIAL FACTS

2. Within the next week thereafter, Plaintiff successfully requested and was sent reports from Equifax, Transunion, and Experian, and the debt was not listed on any of the reports. Declaration of Jaclyn Murphy, § 3, filed concurrently.

3. Plaintiff is extremely sensitive about damage to her credit reports, and suffered severe emotional distress due to Defendant's false statement that it had already placed a negative collection report on her credit as of March 21, 2021, as opposed to the bare knowledge that the debt existed, which did not cause her extreme emotional distress. Declaration of Jaclyn Murphy, § 4, filed concurrently.

4. Defendant's false statement caused Plaintiff to behave differently towards the debt in the sense that Plaintiff would not have checked her credit reports shortly after the conversation happened on March 21 if the false representation had not been made, she would not have felt such an urgency to act on the debt if the false statement had not been made, and due to the false statement she was less inclined to believe future statements by Defendant or that Defendant would behave honorably generally in their role as debt collector going forward. Declaration of Jaclyn Murphy, § 5, filed concurrently.

TRIGSTED LAW GROUP, P.C.


By: /Joshua Trigsted. _____
Joshua Trigsted, WSBA No. 42917
Attorneys for Plaintiff
DATED May 4, 2021
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
(888) 247-4126 xt 1
josh@tlgconsumerlaw.com

STATEMENT OF DISPUTED MATERIAL FACTS

Certificate of Service

I hereby certify that on <u>May 4, 2021</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>Tim Durkop,</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

By: /Joshua Trigsted. _____
Joshua Trigsted, WSBA No. 42917
Attorneys for Plaintiff
DATED October 29, 2020
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
(888) 247-4126 xt 1
josh@tlgconsumerlaw.com

CERTIFICATE OF SERVICE - 1