Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126, ext. #1
866-927-5826 facsimile
josh@tlgconsumerlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| | ) Case No.: 2:20-cv-00030-SMJ |
| **JACLYN MURPHY,** | ) **JOINT MOTION TO CONTINUE THE TRIAL AND RELATED DEADLINES** |
| Plaintiff, | ) |
| vs. | ) |
| **AUTOMATED ACCOUNTS, INC.,** | ) **06/18/2021** |
| | ) **Without Oral Argument** |
| Defendant. | ) |

Plaintiff and Defendant hereby move the Court for an order amending the current pretrial scheduling order by allowing an extension of all trial-related deadlines and continuing the trial as set. As grounds for this motion, the parties state the following:

1. On December 29th, 2020, the Court issued a scheduling order [Dkt. 18] laying out a jury trial to take place on July 19th, 2021, a pretrial conference on June 15th, 2021, and trial-related filing deadlines beginning on May 14, 2021.

Joint Motion to Continue the Trial and Related Deadlines

2. On April 13th, 2021, Defendant filed its Motion for Summary Judgment [Dkt. 19] with a hearing date of June 2, 2021.

3. On May 14th, 2021, the Court issued a notice resetting the pretrial conference for June 8, 2021.

4. The parties believe that it would be a waste of expenses and judicial resources to continue to prepare for trial while the Defendant's Motion for Summary Judgment is pending.

5. If the Court does not grant the Defendant's Motion for Summary Judgment, the parties intend to seek mediation with a Magistrate Judge prior to preparing for trial, in a further attempt to conserve expenses and judicial resources.

WHEREFORE, for the foregoing reasons, Plaintiff and Defendant respectfully request that the Court continue the trial, pretrial conference, and all trial-related deadlines as set out in the scheduling order dated December 29, 2020, to be reset after a decision on the Defendant's pending Motion for Summary Judgment.

Respectfully submitted,

By: s/Joshua Trigsted. _____          By: /s Tim Durkop _____
Joshua Trigsted, WSBA No. 42917          Tim Durkop, WSBA No. 22985
Attorney for Plaintiff                   Attorney for Defendant
DATED May 18, 2021                       DATED May 18, 2021
5200 SW Meadows Rd., Ste. 150            2906 N Argonne
Lake Oswego, OR  97035                   Spokane, WA 99212
(888) 247-4126 xt 1                      (509) 928-3848
josh@tlgconsumerlaw.com                  mail@durkoplaw.com

Joint Motion to Continue the Trial and Related Deadlines

Certificate of Service

I hereby certify that on <u>May 18, 2021</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:<u> Tim Durkop,</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

By: /Joshua Trigsted. _____
Joshua Trigsted, WSBA No. 42917
Attorneys for Plaintiff
DATED May 14, 2021
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
(888) 247-4126 xt 1
josh@tlgconsumerlaw.com

CERTIFICATE OF SERVICE - 1