Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126, ext. #1
866-927-5826 facsimile
josh@tlgconsumerlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **JACLYN MURPHY,** | ) Case No.: 2:20-cv-00030-SMJ<br>)<br>) **JOINT MOTION TO EXPEDITE THE**<br>**PARTIES' JOINT MOTION TO**<br>**CONTINUE THE TRIAL AND RELATED**<br>**DEADLINES** |
| Plaintiff, | ) |
| vs. | ) |
| **AUTOMATED ACCOUNTS, INC.,** | ) |
| Defendant. | ) **05/25/2021**<br>) **Without Oral Argument**<br>) |

Pursuant to LCivR 7(i)(2)(C), the Plaintiff and Defendant jointly move the Court to expedite a decision on the parties' Joint Motion to Continue the Trial and Related Deadlines. Given that the scheduling matters that the parties wish the Court to address include a pretrial conference on June 8, 2021 and trial-related deadlines that expire even earlier, good cause exists for this Court to address the parties' Joint Motion to Continue the Trial and Related Deadlines prior to its hearing date of June 14, 2021.

Joint Motion to Continue the Trial and Related Deadlines

Respectfully submitted,

By: s/Joshua Trigsted. _____          By: /s Tim Durkop _____
Joshua Trigsted, WSBA No. 42917            Tim Durkop, WSBA No. 22985
Attorney for Plaintiff                     Attorney for Defendant
DATED May 18, 2021                         DATED May 18, 2021
5200 SW Meadows Rd., Ste. 150              2906 N Argonne
Lake Oswego, OR  97035                     Spokane, WA 99212
(888) 247-4126 xt 1                        (509) 928-3848
josh@tlgconsumerlaw.com                    mail@durkoplaw.com

Joint Motion to Continue the Trial and Related Deadlines

Certificate of Service

I hereby certify that on <u>May 18, 2021</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>Tim Durkop,</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

By: /Joshua Trigsted. _____
Joshua Trigsted, WSBA No. 42917
Attorneys for Plaintiff
DATED May 14, 2021
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
(888) 247-4126 xt 1
josh@tlgconsumerlaw.com

CERTIFICATE OF SERVICE - 1