Timothy W. Durkop 22985                           HONORABLE SALVADOR MENDOZA JR.
Durkop Law Office
2906 N. Argonne Road
Spokane Valley, WA 99212-2235
(509) 928-3848  FAX 279-0879
tim@durkoplaw.net
Attorney for the Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

**JACLYN MURPHY**

                              Plaintiff,

v.

**AUTOMATED ACCOUNTS, INC**

                              Defendant.
_____

CASE NO 2:20-cv-00030-SMJ

DEFENDANT'S PROPOSED
DEADLINES FOR TRIAL

Defendant proposes that the jury trial in this matter should be set as early as August 15, 2021, as the Court's schedule permits.  With most deadlines having run from the original Scheduling Order ECF No. 18, the only remaining deadlines which need to be address are as follows:

1.     Witness and Exhibit Lists [1]

2.     Deposition Designations

3.     Motions *in limine*

---

[1]  The Plaintiff missed the deadline to file a witness and exhibit list.  The consequences would be fatal to her case if this deadline is not reset.  The Defendant will take the position that the Court's order to show cause on sanctions will be sufficient to address this deficiency.

DEFENDANT'S PROPOSED DEADLINES
FOR TRIAL - 1

DURKOP LAW OFFICE
2906  N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848

4.      Proposed Pretrial Order

5.      Conference with Courtroom Deputy

6.      Trial Briefs and Jury Instructions

7.      Exhibits for trial.


   *Dated: June 4, 2021*                     */s/ Timothy W. Durkop*
                                               Timothy W. Durkop 22985
                                               Attorney for the Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on the date set out below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joshua Randall Trigsted, Attorney for the Plaintiff:
     josh@tlgconsumerlaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following non- CM/ECF participants:

   None.


   *June 4, 2021*                         *s/ Timothy W. Durkop*
Dated:_____           _____
                                              Timothy W. Durkop WSBA 22985
                                             Attorney for the Defendant
                                             Durkop Law Office
                                             2906 N. Argonne Road
                                             Spokane Valley, WA 99212
                                             Telephone: (509) 928-3848
                                             Fax: (509) 279-0879
                                           Email: mail@durkoplaw.com


DEFENDANT'S PROPOSED DEADLINES
FOR TRIAL - 2

**DURKOP LAW OFFICE**
2906  N. Argonne Road
Spokane Valley, WA 99212
(509) 928-3848