Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126, ext. #1
866-927-5826 facsimile
josh@tlgconsumerlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| | ) Case No.: 2:20-cv-00030-SMJ |
| | ) |
| **JACLYN MURPHY,** | ) **PLANTIFF'S PROPOSED DEADLINES** |
| | ) **FOR TRIAL** |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **AUTOMATED ACCOUNTS, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Plaintiff has moved contemporaneously for mediation. To the extent that the Court grants the Motion to mediate, any existing pre-trial deadlines should be set over until at least 1 week after the mediation is set to take place. To the extent that the Court denies the Motion, Plaintiff agrees with Defendant that it would be appropriate to set a trial date for no earlier than August 15 and that the following deadlines should be set at appropriate times prior to the trial date:

Plaintiff's proposed deadlines for trial

1.    WITNESS AND EXHIBIT LISTS

2.    DEPOSITION DESIGNATIONS

3.    MOTIONS *IN LIMINE*

4.    PROPOSED PRE-TRIAL ORDER

5.    CONFERENCE WITH COURTROOM DEPUTY

6.    TRIAL BRIEFS AND JURY INSTRUCTIONS

7.    EXHIBITS FOR TRIAL

8.    PRETRIAL CONFERENCE[1]

9.    TRIAL

Respectfully submitted,

By: s/Joshua Trigsted. _____
Joshua Trigsted, WSBA No. 42917
Attorney for Plaintiff
DATED June 4, 2021
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
(888) 247-4126 ext. 1
josh@tlgconsumerlaw.com

---

[1] Plaintiff believes that due to the nature of the case there will be disputes regarding verdict form and jury instructions, and that it would be helpful to have a conference with the Court to settle these and any related issues prior to the trial.

Plaintiff's proposed deadlines for trial

Certificate of Service

I hereby certify that on June 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Tim Durkop, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

By: /Joshua Trigsted. _____
Joshua Trigsted, WSBA No. 42917
Attorneys for Plaintiff
DATED June 4, 2021
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
(888) 247-4126 ext. 1
josh@tlgconsumerlaw.com

CERTIFICATE OF SERVICE - 1