Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126, ext. #1
866-927-5826 facsimile
josh@tlgconsumerlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| JACLYN MURPHY, | ) Case No.: 2:20-cv-00030-SMJ )<br>) **PLAINTIFF'S MOTION TO REFER TO**<br>) **COURT-ANNEXED MEDIATION**<br>) **PROGRAM** |
| Plaintiff, | ) |
| vs. | ) )<br>) |
| AUTOMATED ACCOUNTS, INC., | ) |
| Defendant. | ) **07/05/2021**<br>) **Without Oral Argument**<br>) ) |

The parties previously agreed in a filing two weeks ago that mediation was appropriate in this case prior to trial if Defendant's Motion for Summary Judgment was denied. Document 28, p. 2 § 5. In this Court's order denying the Motion, the Court ordered that the parties should file a motion to mediate or proposed amended deadlines within one week of the order. Document 32, p. 11. Plaintiff sent an email to confer with Defendant on filing a motion to mediate on June 1, and Defendant's counsel responded by expressing his belief that he no longer believed that

Motion to refer to Court-Annexed Mediation Program

mediation could be successful.   (Declaration of Joshua Trigsted, filed concurrently, § 2). Plaintiff continues to believe that mediation could be successful and that it would be appropriate to mediate prior to expending substantial court resources and summoning a jury for a jury trial. (Declaration of Joshua Trigsted, filed concurrently, § 3).   The parties do not have to agree in order to mediate.  Rather the presiding judge may refer matters to mediation where appropriate. LCivR 16(5)(C).

WHEREFORE, Plaintiff moves that this Court to enter an Order referring this case to its court-annexed mediation program.

Respectfully submitted,


By: s/Joshua Trigsted. _____
Joshua Trigsted, WSBA No. 42917
Attorney for Plaintiff
DATED June 4, 2021
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
(888) 247-4126 ext. 1
josh@tlgconsumerlaw.com

Motion to refer to Court-Annexed Mediation Program

Certificate of Service

I hereby certify that on June 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Tim Durkop, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

By: /Joshua Trigsted. _____
Joshua Trigsted, WSBA No. 42917
Attorneys for Plaintiff
DATED June 4, 2021
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
(888) 247-4126 ext. 1
josh@tlgconsumerlaw.com

CERTIFICATE OF SERVICE - 1