Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126, ext. #1
866-927-5826 facsimile
josh@tlgconsumerlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| **JACLYN MURPHY,**<br><br>Plaintiff,<br><br>    vs.<br><br>**AUTOMATED ACCOUNTS, INC.,**<br><br>Defendant. | Case No.: 2:20-cv-00030-SMJ<br><br>**DECLARATION OF JOSHUA TRIGSTED IN SUPPORT OF PLAINTIFF'S MOTION TO REFER TO COURT-ANNEXED MEDIATION PROGRAM** |

Joshua Trigsted declares as follows:

1. I am attorney for the Plaintiff in this matter.

2. Plaintiff sent an email to confer with Defendant on filing a motion to mediate on June 1, and Defendant's counsel responded by expressing his belief that he no longer believed that mediation could be successful.

Declaration of Joshua Trigsted in Support of Plaintiff's
Motion to refer to Court-Annexed Mediation Program

3. Plaintiff continues to believe that mediation could be successful and that it would be appropriate to mediate prior to expending substantial court resources and summoning a jury for a jury trial.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.**

Respectfully submitted,

By: s/Joshua Trigsted. _____
Joshua Trigsted, WSBA No. 42917
Attorney for Plaintiff
DATED June 4, 2021
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
(888) 247-4126 ext. 1
josh@tlgconsumerlaw.com

Declaration of Joshua Trigsted in Support of Plaintiff's
Motion to refer to Court-Annexed Mediation Program

Certificate of Service

I hereby certify that on June 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Tim Durkop, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

By: /Joshua Trigsted. _____
Joshua Trigsted, WSBA No. 42917
Attorneys for Plaintiff
DATED June 4, 2021
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
(888) 247-4126 ext. 1
josh@tlgconsumerlaw.com

CERTIFICATE OF SERVICE - 1