Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126, ext. #1
866-927-5826 facsimile
josh@tlgconsumerlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| JACLYN MURPHY, | ) Case No.: 2:20-cv-00030-SMJ <br> ) <br> ) **PLAINTIFF'S NOTICE OF TO-BE-** <br> ) **ADJUDICATED CLAIMS AND** <br> ) **AFFIRMATIVE DEFENSES** |
| Plaintiff, | ) |
| vs. | ) |
| AUTOMATED ACCOUNTS, INC., | ) |
| Defendant. | ) |

**PLAINTIFF**

Plaintiff's sole claim to be adjudicated is that Defendant violated the FDCPA, 15 USC § 1692e(10) by falsely stating in a telephone call that it had reported information about a debt to her credit report.

**DEFENDANT**

Defendant alleges *bona fide* error, which requires that Defendant prove that its violation as alleged by Plaintiff was unintentional, that the error was made in good faith, and that the error

NOTICE OF TO-BE-
ADJUDICATED CLAIMS
Case No. 2:20-cv-00030-SMJ

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126

1

was made despite existence of policies and procedures reasonable adapted to avoid the error.


Dated this 21st day of June, 2021


By:__s/Joshua Trigsted_____
Joshua Trigsted, WSBA#42917
Attorney for Plaintiff

NOTICE OF TO-BE-
ADJUDICATED CLAIMS
Case No. 2:20-cv-00030-SMJ

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126