FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACLYN MURPHY,<br><br>                    Plaintiff,<br><br>        v.<br><br>AUTOMATED ACCOUNTS INC,<br><br>                    Defendant. | No.    2:20-cv-00030-SMJ<br><br>**ORDER REFERRING THIS MATTER TO MAGISTRATE JUDGE DIMKE FOR MEDIATION** |

Before the Court is Plaintiff's Motion to Refer to Court-Annexed Mediation Program, ECF No. 35. Defendant did not file a response. Having reviewed the pleadings and the file in this matter, the Court is fully informed and finds that it would be beneficial for the parties to mediate this matter before Magistrate Judge Dimke.

Accordingly, **IT IS HEREBY ORDERED**:

1.    Plaintiff's Motion to Refer to Court-Annexed Mediation Program, **ECF No. 35**, is **GRANTED**.

2.    This case is **REFERRED** to Magistrate Judge Dimke for mediation.

ORDER REFERRING THIS MATTER TO MAGISTRATE JUDGE DIMKE FOR MEDIATION – 1

3.     The parties shall contact Magistrate Judge Dimke's chambers **by no later than July 6, 2021** to inquire about Magistrate Judge Dimke's availability for mediation.

4.     **By no later than August 6, 2021**, the parties shall file a joint status report with this Court detailing their efforts towards mediating a resolution of this matter. The parties shall also propose new deadlines in this matter if necessary.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Dimke.

**DATED** this 22nd day of June 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER REFERRING THIS MATTER TO MAGISTRATE JUDGE DIMKE
FOR MEDIATION – 2