FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACLYN MURPHY,<br><br>         Plaintiff,<br><br>vs.<br><br><br>AUTOMATED ACCOUNTS INC.,<br><br>         Defendant. | No. 2:20-cv-00030-SMJ<br><br>ORDER SETTING SETTLEMENT CONFERENCE<br><br>Plaintiff's Settlement Demand due: 07/12/2021<br>Defendant's Counteroffer due: 07/14/2021<br>*In Camera* Letters due: 07/14/2021<br>Settlement Conference: 07/29/2021 |

By referral from the Honorable Salvador Mendoza, Jr., ECF No. 41, and with the consent of the parties to this action, a settlement conference shall commence on **Thursday, July 29, 2021** at **10:00 AM before Judge Mary K. Dimke virtually using Microsoft Teams**. The parties, their representatives with full settlement authority, and counsel are required to attend the conference. LCivR 16.

The parties are directed to read and comply with the undersigned's Standing

ORDER SETTING SETTLEMENT CONFERENCE - 1

Order on Settlement Conferences found at the Court's public website under the tab "For Attorneys" and "Civil Forms":

https://www.waed.uscourts.gov/sites/default/files/forms/Settlement_Conference_Standing_Order_Judge_Dimke.pdf.

To the extent the dates set forth in this Order conflict with the Standing Order, the dates in this Order control.

The District Court Executive is directed to file this Order.

DATED July 8, 2021.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER SETTING SETTLEMENT CONFERENCE - 2