Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126, ext. #1
866-927-5826 facsimile
josh@tlgconsumerlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| **JACLYN MURPHY,** | Case No.: 2:20-cv-00030-SMJ |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | |
| **AUTOMATED ACCOUNTS, INC.,** | |
| Defendant. | |

Pursuant to Court's Order dated June 22, 2021, the parties, through their respective counsel, submit the following Joint Status Report:

The case has been settled. The parties request that the Court set a deadline of approximately one month from the date of filing for the parties to file a joint dismissal.

JOINT STATUS REPORT

TRIGSTED LAW GROUP, P.C.    VALLEY EMPIRE COLLECTION

By: /Joshua Trigsted. _____   By: /s Tim Durkop _____
Joshua Trigsted, WSBA No. 42917  WSBA No. 22985
Attorneys for Plaintiff     Attorney for Defendant
DATED August 6, 2021     DATED August 6, 2021
5200 SW Meadows Rd., Ste. 150  2906 N Argonne
Lake Oswego, OR  97035    Spokane, WA 99212
(888) 247-4126 xt 1     (509) 928-3848
josh@tlgconsumerlaw.com   mail@durkoplaw.com

JOINT STATUS REPORT

Certificate of Service

I hereby certify that on August 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Tim Durkop, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

By: /Joshua Trigsted. _____
Joshua Trigsted, WSBA No. 42917
Attorneys for Plaintiff
DATED August 6, 2021
5200 SW Meadows Rd., Ste. 150
Lake Oswego, OR  97035
(888) 247-4126 xt 1
josh@tlgconsumerlaw.com

CERTIFICATE OF SERVICE - 1