Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126 ext. 1
866-927-5826 facsimile
josh@tlgconsumerlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JACLYN MURPHY**, | Case No.: 2:20-cv-00030-SMJ |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| vs. | |
| **AUTOMATED ACCOUNTS, INC.**, | **10/12/2021** |
| Defendant. | **Without Oral Argument** |

The parties in the above titled action have stipulated to dismiss this case with prejudice immediately, with each side to bear their own attorneys fees and costs.

Dated this 8th day of September, 2021.

___s/Joshua Trigsted_____
Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
Attorney for Plaintiff

___s/Timothy W. Durkop____
Timothy W. Durkop
Durkop Law Office
2906 N. Argonne
Spokane WA 99212
Attorney for the Defendant

STIPULATION OF DISMISSAL
Case No. 2:20-cv-00030-SMJ

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126

1