FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACLYN MURPHY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMATED ACCOUNTS INC.,<br><br>　　　　　　　Defendant. | No.   2:20-cv-00030-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 10, 2021, the parties filed a stipulated dismissal, ECF No. 49. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

   **1.** The parties' Stipulated Motion and Order to Dismiss Case with Prejudice, **ECF No. 49**, is **GRANTED**.

   **2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

   **3.** All pending motions are **DENIED AS MOOT**.

   **4.** All hearings and other deadlines are **STRICKEN**.

//

//

ORDER DISMISSING CASE – 1

1     **5.**    The Clerk's Office is directed to **CLOSE** this file.

2     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

3 provide copies to all counsel.

4     **DATED** this 10th day of September 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2